IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-CV-23057-JLK

JAMES "JAS" PRINCE,
And YOUNG EMPIRE MUSIC GROUP, LLC,
a Texas Limited Liability Company,

    Plaintiffs,

v.

CASH MONEY RECORDS, INC.,
a Louisiana Corporation, and
ASPIRE MUSIC GROUP, LLC,
a Florida Limited Liability Company,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CASH MONEY RECORDS, INC.

Plaintiffs, JAMES "JAS" PRINCE and YOUNG EMPIRE MUSIC GROUP, LLC (collectively the "Prince Parties"), by and through their undersigned counsel, hereby give notice of their voluntary dismissal (without prejudice) of all pending claims versus Defendant, CASH MONEY RECORDS, INC.

Respectfully submitted, this 9th day of November, 2015, by:

**WOLFE LAW MIAMI, P.A.**
*Attorneys for Plaintiffs*
175 SW 7th Street, Suite 2410
Miami, FL 33130
Phone: 305.384.7370 Fax: 305.384.7371

By: */s/ Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No.: 355607
rwolfe@wolfelawmiami.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

      By: */s/ Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No.: 355607
rwolfe@wolfelawmiami.com