UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CV-23057-KING

JAMES PRINCE and YOUNG EMPIRE
MUSIC GROUP, LLC,

    Plaintiffs,

vs.

CASH MONEY RECORDS, INC. and
ASPIRE MUSIC GROUP,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 47), filed November 9, 2015. In the notice, Plaintiff voluntarily dismisses all claims as to Defendant CASH MONEY RECORDS, INC. Accordingly, the Amended Complaint (DE 25) shall be dismissed without prejudice as to this Defendant.

Further, upon *sua sponte* review of the record in this matter, it appears that Defendant ASPIRE MUSIC GROUP, despite a summons being issued over five months ago, has never been served with the Amended Complaint. Accordingly, the Amended Complaint shall be dismissed without prejudice as to this Defendant for failure to effect service.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the Amended

1

Complaint **(DE 25)** be, and the same is, hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall **CLOSE** this case and deny all pending motions as **MOOT**.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 30th day of November, 2015.

```
                                    _____
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
```

cc:   All Counsel of Record